■ In the Matter of MANUEL R., a Person Alleged to be a Juvenile Delinquent, Appellant. [736 NYS2d 872] —Order of disposition, Family Court, New York County (Sara Schechter, J.), and order, same court (Sheldon Rand, J.), both entered on or about August 25, 1997, unanimously affirmed, without costs or disbursements.

Application by appellant's assigned counsel to withdraw is granted (*see, Matter of Louise Wise Servs.*, 131 AD2d 306). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Williams, J.P., Saxe, Ellerin, Lerner and Friedman, JJ.

■ MARION P. DICK et al., Respondents, v DORAL GREENS LIMITED PARTNERSHIP et al., Defendants, and WRG MANAGEMENT CORP. et al., Appellants. [736 NYS2d 872] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered February 6, 2001, which denied defendants-appellants' motion to dismiss the complaint and granted plaintiffs' cross motion for an extension of time to serve the complaint, unanimously reversed, on the law and the facts, without costs, the motion granted and the cross motion denied. The Clerk is directed to enter judgment in favor of defendants-appellants, dismissing the complaint as against them.

We reverse and dismiss the complaint as against defendants-appellants herein for the reasons stated in *Dick v Doral Greens Ltd. Partnership* (289 AD2d 74). Concur—Williams, J.P., Saxe, Ellerin, Lerner and Friedman, JJ.